1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4
   Attorney for Defendant
5  DANIEL PAUL ALEKSANDER

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11                                    )
   UNITED STATES OF AMERICA            )
12                                    )    CR.S-03-0374 MCE
        Plaintiff,                    )
13                                    )    STIPULATION AND [PROPOSED]
   v.                                 )    ORDER RE: CONTINUANCE OF
14                                    )    STATUS CONFERENCE AND
                                      )    EXCLUSION OF TIME UNDER
15 JOSEPH AARONELIJAH STEWART,         )    SPEEDY TRIAL ACT
   and DANIEL PAUL ALEKSANDER,         )
16                                    )
                                      )
17      Defendants.                   )
   _____)
18

19      Plaintiff, United States of America, by and through its

20 counsel, Assistant United States Attorney Laura L. Ferris, and

21 defendants, by and through their respective counsel, agree and

22 stipulate to vacate the existing status conference in the above-

23 captioned action, June 21, 2005, and to continue the matter to July

24 26, 2005, at 8:30 a.m., for status conference.

25      The reason for this request is that defense counsel have

26 worked out a resolution of this case which requires coordination

27 with the Yolo County Superior Court and the Yolo County District

28 ///

-1-

1 Attorney's Office.  The additional time requested is necessary to
2 place the matter on calendar in Yolo County and enter a plea there.
3     The parties further agree and stipulate that the period from
4 the filing of this stipulation until July 26, 2005, should be
5 excluded in computing time for the commencement of trial under the
6 Speedy Trial Act, based upon the interest of justice under 18
7 U.S.C. §  3161(h)(8)(B)(iv) and Local Codes T4, to allow reasonable
8 time necessary for effective presentation.  It is further agreed
9 and stipulated that the need of defense counsel to prepare exceeds
10 the public's interest in commencing trial within 70 days.
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Counsel for the Government and David W. Dratman, counsel for defendant Joseph Aaronelijah Stewart have agreed that undersigned counsel is authorized to enter into this stipulation and further agree to be bound thereby.  According, the parties respectfully request the Court adopt this proposed stipulation.

Dated: June 16, 2005              s/ Hayes H. Gable, III

                                      HAYES H. GABLE, III
                                      Attorney for Defendant
                                      DANIEL PAUL ALEKSANDER

Dated: June 16, 2005              s/ Hayes H. Gable, III for

                                      DAVID W. DRATMAN
                                      Attorney for Defendant
                                      JOSEPH AARONELIJAH STEWART

Dated: June 16, 2005         McGREGOR W. SCOTT
                                      United States Attorney

                           By:       s/ Hayes H. Gable, III for
                                      LAURA L. FERRIS
                                      Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: June 17, 2005

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-3-