HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331

Attorney for Defendant
DANIEL PAUL ALEKSANDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>　　　　Plaintiff, <br><br>v. <br><br>**JOSEPH AARONELIJAH STEWART,** <br>**and DANIEL PAUL ALEKSANDER,** <br><br>　　　　Defendants. | Cr.S-03-0374 MCE <br><br> **STIPULATION AND [PROPOSED]** <br>**ORDER RE: CONTINUANCE OF** <br>**STATUS CONFERENCE AND** <br>**EXCLUSION OF TIME UNDER** <br>**SPEEDY TRIAL ACT** |

   Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Laura L. Ferris, and defendants, by and through their respective counsel, agree and stipulate to vacate the existing status conference in the above-captioned action, July 26, 2005, and to continue the matter to August 23, 2005, at 8:30 a.m., for status conference.

   The reason for this request is that defense counsel have worked out a resolution of this case which requires coordination with the Yolo County Superior Court and the Yolo County District Attorney's Office. The additional time requested is necessary to place the matter on calendar in Yolo County and enter a plea there.

   The parties further agree and stipulate that the period from the filing of this stipulation until August 23, 2005, should be excluded in computing time for the commencement of trial under the

-1-

1 Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local
2 Codes T4, to allow reasonable time necessary for effective presentation. It is further agreed and
3 stipulated that the need of defense counsel to prepare exceeds the public's interest in commencing
4 trial within 70 days.

5      Counsel for the Government and David W. Dratman, counsel for defendant Joseph
6 Aaronelijah Stewart have agreed that undersigned counsel is authorized to enter into this stipulation
7 and further agree to be bound thereby. According, the parties respectfully request the Court adopt
8 this proposed stipulation.

10 Dated: July 21, 2005               s/ Hayes H. Gable, III
                                             HAYES H. GABLE, III
11                                         Attorney for Defendant
                                        DANIEL PAUL ALEKSANDER
12
13 Dated: July 21, 2005               s/ Hayes H. Gable, III for
                                             DAVID W. DRATMAN
                                        Attorney for Defendant
14                                         JOSEPH AARONELIJAH STEWART

15 Dated: July 21, 2005               McGREGOR W. SCOTT
                                        United States Attorney
16
                        By:      s/ Hayes H. Gable, III for
17                                         LAURA L. FERRIS
                                        Assistant United States Attorney
18
                                            **ORDER**
19
20      IT IS SO ORDERED.

21 Dated: July 27, 2005

22

23                                       _____
24                                       MORRISON C. ENGLAND, JR
                                      UNITED STATES DISTRICT JUDGE