```
McGREGOR W. SCOTT
United States Attorney
LAURA L. FERRIS
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>NICHOLAS WILLIAM BLASGEN,<br>JOSEPH AARONELIJAH STEWART,<br>DANIEL PAUL ALEKSANDER,<br><br>  Defendants. | CR. S-03-0374 MCE<br><br>[PROPOSED] ORDER<br>TO DISMISS COUNTS AGAINST<br>DEFENDANTS JOSEPH AARONELIJAH<br>STEWART AND DANIEL PAUL<br>ALEKSANDER AND TO VACATE THE<br>STATUS CONFERENCE |

  Pursuant to the Motion to Dismiss the Counts against Defendants Joseph Aaronelijah Stewart and Daniel Paul Aleksander filed by the United States, in CR. S-03-0374, the Court hereby ORDERS:

  (1) that counts 7, 8, 10, 13, and 16 in the pending Superseding Indictment against the defendant Joseph Stewart and

  (2) that counts 3, 4, 5, 6, 12, and 15 in the pending Superseding Indictment against the defendant Daniel Aleksander

are **DISMISSED**.

/ / /

1

1 | The Status Conference in this matter currently set for
2 | September 20, 2005, is hereby **VACATED**.

Dated: September 20, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE